UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Deutsche Bank, et al.

| | |
|---|---|
| In Re:<br><br>Lizette Dothard,<br><br>Debtor. | Case No.: __25-15958-VFP__<br><br>Chapter: __13__<br><br>Hearing Date: __08/21/2025__<br><br>Judge: __Papalia__ |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: _Secured Creditor's Objection to Confirmation (Docket # 32)_

_____

Date: _08/12/2025_          /s/ Denise Carlon
                             Signature

_rev.8/1/15_