| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J.LBR 9004-1** |
| **STEWART LEGAL GROUP, P.L.** *Formed in the State of Florida* Gavin N. Stewart, Esq. *Of Counsel to Bonial & Associates, P.C.* 401 East Jackson Street, Suite 2340 Tampa, FL 33602 Tel: 813-371-1231/Fax: 813-371-1232 E-mail: gavin@stewartlegalgroup.com *Attorney for NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Wells Fargo Bank, N.A., as Trustee for First Franklin Mortgage Loan Trust 2006-FFA* |
| In re: Lizette Denise Dothard                                                                 Debtors. |

Chapter: 13

Case No.: 25-15958-VFP

Hearing Date: August 21, 2025

Judge Vincent F. Papalia

## CERTIFICATION CONCERNING PROPOSED ORDER

I, **Gavin N. Stewart**, certify that with respect to the proposed order submitted to the Court, the following is true and correct to the best of my knowledge.

For the matter titled, **Objection to Confirmation of Plan (Doc. No. 35)** filed on **August 12, 2025**:

### Orders to be Submitted

1.)  ☐ A hearing was held and the matter was marked "Order to be submitted." All parties to the matter have reviewed the proposed order and agree that the proposed order comports with the Court's ruling and may be entered without being held for 7 days under D.N.J. LBR 9013-4(d).

OR

2.)  ☐ A pending matter has been resolved. All parties to the matter have reviewed the proposed order and agree it may be entered without being held for 7 days under D.N.J. LBR 9013-4(d).

**Consent Orders**

3.)    **X** A proposed consent order relating to a pending matter has been submitted contemporaneously with the filing of this certification. All parties to the matter have reviewed the proposed consent order and agree it may be entered under D.N.J. LBR 9019-4(a).

OR

4.)    ☐ An application and proposed consent order not relating to a pending matter has been filed under D.N.J. LBR 9019-4(b). All parties to the matter have reviewed the proposed consent order and agree it may be entered without being held for 7 days under D.N.J. LBR 9019-4(b).

5.)    ☐ If submitting the consent order and this certification to the Court conventionally, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011.

OR

6.)    **X** If submitting or filing the consent order and this certification to the Court electronically, I will simultaneously electronically file this certification, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

A copy of the proposed order has been provided to:

| NAME | RELATIONSHIP TO CASE |
|---|---|
| Marie-Ann Greenberg | **X** Trustee |
|  | ☐ U.S. Trustee |
| Herbert B. Raymond | **X** Debtor's Attorney |

I certify under penalty of perjury that the foregoing is true.

Date: August 27, 2025                                    /s/Gavin N. Stewart
                                                                          Signature