| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY <br> MATTHEW J. PLATKIN <br> Attorney General of New Jersey <br> R.J. Hughes Justice Complex <br> 25 W. Market Street <br> P.O. Box 106 <br> Trenton, New Jersey 08625 <br> Attorney for State of New Jersey, <br> Division of Taxation | Order Filed on September 9, 2025 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In Re: <br><br> Lizette Denise Dothard, <br><br>    Debtor. | Case No. 25-15958-VFP <br><br> Chapter 13 <br><br> Hearing Date: August 21, 2025 <br><br> Hon. Vincent F. Papalia, U.S.B.J. |

CONSENT ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following page numbered 2 is hereby **ORDERED**.

DATED: September 9, 2025

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Case 25-15958-VFP    Doc 45    Filed 09/09/25    Entered 09/09/25 16:37:46    Desc Main
Document    Page 2 of 2

Page 2
Debtor: Lizette Denise Dothard
Case No.: 25-15958-VFP
Caption of Order: CONSENT ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

This matter having been presented to the Court by Debtor Lizette Denise Dothard ("Debtor"), by and through Debtor's counsel, The Law Office of Raymond and Raymond (Herbert B. Raymond, Esq., appearing) and in agreement with the State of New Jersey, Division of Taxation ("Taxation") by and through its counsel, Matthew J. Platkin, Attorney General of New Jersey (Timothy M. Kawira, Deputy Attorney General, appearing), regarding Taxation's claim and its treatment through Debtor's Plan and good and sufficient cause appearing for the entry of the within Order;

(1) IT IS HEREBY ORDERED THAT Taxation's Proof of Claim (Claim No. 4-2) filed on August 13, 2025, is hereby allowed as set forth below and treated as follows:

   a. **Secured Claim**: Taxation shall hold an allowed secured claim in the amount of **$2,895.00**, which shall be paid in full through Debtor's confirmed plan;

   b. **Priority Claim**: Taxation waives any priority claim; and

   c. **General Unsecured Claim**: Taxation shall hold an allowed general unsecured claim in the amount of **$22,997.58**, which shall be treated pro rata with other general unsecured claims under Debtor's plan.*

(2) IT IS FURTHER ORDERED THAT if any provision of this Order conflicts with any other Order entered in this matter, including an order confirming Debtor's Chapter 13 Plan and/or discharge order, the provisions of this Order shall control.

CONSENTED AS TO FORM AND ENTRY:

| The Law Office of Raymond and Raymond | MATTHEW J. PLATKIN |
| Attorneys for Debtor | Attorney General of New Jersey |

_/s/ Herbert B. Raymond_  8/20/2025         By: /s/ Timothy M. Kawira, DAG  8/20/25
Herbert B. Raymond, Esq.                         Timothy M. Kawira
                                                 Deputy Attorney General

*NJ Taxation to release its Statutory and/or judgment lien(s) upon plan completion. (HR)