Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 25−15958−VFP
> Chapter: 13
> Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lizette Denise Dothard
   46 Maple Street
   2nd Floor
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−0104

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 8, 2025.

Dated: September 8, 2025
JAN: gml

                                       Jeanne Naughton
                                       Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 25-15958-VFP

Lizette Denise Dothard     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4

Date Rcvd: Sep 08, 2025     Form ID: plncf13     Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lizette Denise Dothard, 46 Maple Street, 2nd Floor, West Orange, NJ 07052-5916 |
| aty | + | Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| cr | | Bankruptcy Unit new Jersey Division of Taxation, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| cr | + | Deutsche Bank National Trust Company, as Trustee f, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520758308 | + | FlexPay, 1602 Tullamore Ave, Bloomington, IL 61704-9624 |
| 520758307 | + | FlexPay, Attn: Bankruptcy Department, PO Box 965065, Orlando, FL 32896-5065 |
| 520758314 | + | Liberty Savings FCU, 660 Newark Ave, Jersey, NJ 07306-2379 |
| 520761824 | + | STEWARDS (C/O Westlake Portfolio Management (WPM), 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |
| 520758321 | + | Shamika Mintz, 420 Wilden Place, South Orange, NJ 07079-2539 |
| 520758326 | | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 60535, Greenville, SC 29603 |
| 520758335 | + | Van Thomas, 46 Maple Street, West Orange, NJ 07052-5916 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 08 2025 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 08 2025 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 08 2025 20:48:01 | AIS Portfolio Services, LLC, Attn: BMW Financial Services NA, LLC Dep, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK O 73118-7901 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Sep 08 2025 20:42:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 520758296 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 08 2025 20:47:24 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520758297 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 08 2025 20:48:24 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520758298 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 08 2025 20:42:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, IL 55438-0901 |
| 520758299 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 08 2025 20:42:00 | Ally Financial, Inc, PO Box 380901, Bloomington, MN 55438-0901 |
| 520758300 | + | Email/PDF: bncnotices@becket-lee.com | Sep 08 2025 20:48:03 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520758301 | + | Email/PDF: bncnotices@becket-lee.com | Sep 08 2025 20:49:16 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520758302 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | | |

Case 25-15958-VFP    Doc 47    Filed 09/10/25    Entered 09/11/25 00:16:58    Desc Imaged
                                 Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 08, 2025 | Form ID: plncf13 | Total Noticed: 58 |

| Recip ID | | Notice Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Sep 08 2025 20:59:47 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Road, Plano, TX 75024-2302 |
| 520758303 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 08 2025 20:47:25 | Capital One Auto Finance, 3901 Dallas Parkway, Plano, TX 75093-7864 |
| 520683315 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 08 2025 20:48:18 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520773084 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 08 2025 20:49:07 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520758304 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2025 20:49:11 | Citibank Customer Service/Home Depot, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520758306 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2025 20:49:07 | Citibank/The Home Depot, Citicorp Credit Services/Centralized BK, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520758305 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2025 20:47:20 | Citibank/The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520778308 | | Email/Text: mtgbk@shellpointmtg.com | Sep 08 2025 20:42:00 | Deutsche Bank National Trust Company, c/o NewRez LLC d/b/a, P.O. Box 10826, Greenville SC 29603-0826 |
| 520758309 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 08 2025 20:48:33 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520758310 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 08 2025 20:46:58 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 520758312 | | Email/Text: krivera@leadersfc.com | Sep 08 2025 20:42:00 | Leaders Financial Company, 21 Commerce Dr Fl 1, Cranford, NJ 07016 |
| 520758311 | | Email/Text: krivera@leadersfc.com | Sep 08 2025 20:42:00 | Leaders Financial Company, Attn: Bankruptcy, 21 Commerce Dr, Suite 101, Cranford, NJ 07016 |
| 520683517 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2025 20:48:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520758313 | ^ | MEBN | Sep 08 2025 20:38:15 | Liberty Savings FCU, Attn: Bankruptcy, 666 Newark Ave, Jersey City, NJ 07306-2398 |
| 520758315 | + | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 08 2025 20:42:00 | New Jersey Dept. of Treasury, 125 W State Street, Trenton, NJ 08608-1101 |
| 520758318 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2025 20:47:10 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Ref # DC-033230-24), Norfolk, VA 23502 |
| 520758317 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2025 20:47:16 | Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520758319 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2025 20:47:24 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520758316 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 08 2025 20:42:00 | New Jersey Division of Taxation, Compliance and Enforcement - Bank. Unit, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08695-0267 |
| 520766648 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 08 2025 20:42:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 520758320 | ^ | MEBN | Sep 08 2025 20:38:41 | Selip & Stylianou, LLC, 10 Forest Avenue, Suite 300, Ref # DC-005241-25), Paramus, NJ 07652-5238 |
| 520758323 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 08 2025 20:42:00 | Shellpoint Mortgage, 55 Beattie Place, Greenville, SC 29601-2165 |
| 520678230 | ^ | MEBN | Sep 08 2025 20:38:42 | Shellpoint Mortgage Servicing, PO Box 60535, City of Industry, CA 91716-0535 |
| 520758327 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 08 2025 20:48:24 | Synchrony Bank/6th Ave, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520758328 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 08 2025 20:49:03 | Synchrony Bank/6th Ave, C/o PO Box 965036, Orlando, FL 32896-0001 |
| 520758329 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 08 2025 20:49:11 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520758330 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 08 2025 20:59:49 | Synchrony Bank/Gap, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520758332 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 08 2025 20:49:07 | Synchrony Bank/HH Gregg, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520758331 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 08 2025 20:48:36 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520758333 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 08 2025 20:47:07 | Synchrony Bank/Home Design CC, Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 520758334 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 08 2025 20:48:57 | Synchrony Bank/Home Design CC, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520765110 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 08 2025 20:47:17 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520775257 | | Email/Text: mtgbk@shellpointmtg.com | Sep 08 2025 20:42:00 | Wells Fargo Bank, N.A. Trustee (See 410), c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 520758336 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 09 2025 01:03:04 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, PO Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 520758337 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Sep 09 2025 01:03:16 | Wells Fargo Jewelry Advantage, PO Box 393, Minneapolis, MN 55480-0393 |
| 520758339 | ^ | MEBN | Sep 08 2025 20:38:07 | Westlake Portfolio Management, LLC, 4751 Wilshire Blvd, Los Angeles, CA 90010-3827 |
| 520758338 | ^ | MEBN | Sep 08 2025 20:37:24 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520758322 | *+ | Shamika Mintz, 420 Wilden Place, South Orange, NJ 07079-2539 |
| 520758324 | *+ | Shellpoint Mortgage, 55 Beattie Place, Greenville, SC 29601-2165 |
| 520758325 | * | Shellpoint Mortgage Servicing, PO Box 60535, City of Industry, CA 91716-0535 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Sep 08, 2025 | Form ID: plncf13 | Total Noticed: 58

Date: Sep 10, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bk@stewartlegalgroup.com |
| Herbert B. Raymond | on behalf of Debtor Lizette Denise Dothard herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Steven Eisenberg | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11 skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Timothy Maganga Kawira | on behalf of Creditor Bankruptcy Unit new Jersey Division of Taxation timothy.kawira@law.njoag.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8