|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>MATTHEW J. PLATKIN<br>Attorney General of New Jersey<br>R.J. Hughes Justice Complex<br>25 W. Market Street<br>P.O. Box 106<br>Trenton, New Jersey 08625<br>Attorney for State of New Jersey,<br> Division of Taxation | Order Filed on September 9, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Lizette Denise Dothard,<br><br>    Debtor. | Case No. 25-15958-VFP<br><br>Chapter 13<br><br>Hearing Date: August 21, 2025<br><br>Hon. Vincent F. Papalia, U.S.B.J. |

CONSENT ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following page numbered 2 is hereby **ORDERED**.

**DATED: September 9, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor: Lizette Denise Dothard
Case No.: 25-15958-VFP
Caption of Order: CONSENT ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

This matter having been presented to the Court by Debtor Lizette Denise Dothard ("Debtor"), by and through Debtor's counsel, The Law Office of Raymond and Raymond (Herbert B. Raymond, Esq., appearing) and in agreement with the State of New Jersey, Division of Taxation ("Taxation") by and through its counsel, Matthew J. Platkin, Attorney General of New Jersey (Timothy M. Kawira, Deputy Attorney General, appearing), regarding Taxation's claim and its treatment through Debtor's Plan and good and sufficient cause appearing for the entry of the within Order;

(1) IT IS HEREBY ORDERED THAT Taxation's Proof of Claim (Claim No. 4-2) filed on August 13, 2025, is hereby allowed as set forth below and treated as follows:

   a. **Secured Claim**: Taxation shall hold an allowed secured claim in the amount of **$2,895.00**, which shall be paid in full through Debtor's confirmed plan;

   b. **Priority Claim**: Taxation waives any priority claim; and

   c. **General Unsecured Claim**: Taxation shall hold an allowed general unsecured claim in the amount of **$22,997.58**, which shall be treated pro rata with other general unsecured claims under Debtor's plan. *

(2) IT IS FURTHER ORDERED THAT if any provision of this Order conflicts with any other Order entered in this matter, including an order confirming Debtor's Chapter 13 Plan and/or discharge order, the provisions of this Order shall control.

CONSENTED AS TO FORM AND ENTRY:

| The Law Office of Raymond and Raymond | MATTHEW J. PLATKIN |
| Attorneys for Debtor | Attorney General of New Jersey |

_____  8/20/2025    By: /s/ Timothy M. Kawira, DAG  8/20/25
Herbert B. Raymond, Esq.              Timothy M. Kawira
                                      Deputy Attorney General

* NJ Taxation to release its statutory and/or judgment lien(s) upon plan completion. (HR)

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-15958-VFP |
| Lizette Denise Dothard | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 09, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2025:**

**Recip ID       Recipient Name and Address**
db              + Lizette Denise Dothard, 46 Maple Street, 2nd Floor, West Orange, NJ 07052-5916

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2025 at the address(es) listed below:**

**Name            Email Address**

Denise E. Carlon
on behalf of Creditor Deutsche Bank National Trust Company as Trustee for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bk@stewartlegalgroup.com

Herbert B. Raymond
on behalf of Debtor Lizette Denise Dothard herbertraymond@gmail.com
raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Marie-Ann Greenberg
magecf@magtrustee.com

Steven Eisenberg
on behalf of Creditor Deutsche Bank National Trust Company as Trustee for First Franklin Mortgage Loan Trust 2006-FF11,

| | |
|---|---|
| | Mortgage Pass-Through Certificates, Series 2006-FF11 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11 skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Timothy Maganga Kawira | on behalf of Creditor Bankruptcy Unit new Jersey Division of Taxation timothy.kawira@law.njoag.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8