UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on September 16, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.:                _____

Chapter:                _____

Judge:                  _____

## ORDER ON MOTION FOR AUTHORIZATION
## TO ENTER INTO FINAL LOAN MODIFICATION AGREEMENT

The relief set forth on the following page is **ORDERED**.

**DATED: September 16, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The Court having reviewed the Motion for Authorization to Enter into Final Loan Modification Agreement filed on _____, as to the _____ mortgage *[enter first, second, etc.]* concerning real property located at _____, and the Court having considered any objections filed to such motion, it is hereby ORDERED that:

❑        The debtor is authorized to enter into the final loan modification agreement.

1)        The final loan modification agreement must be fully executed no later than 14 days from the date of this order. If it is not, the secured creditor, within 14 days thereafter, must file with the Court and serve on the debtor, debtor's attorney, trustee, and creditors' committee, if any, a Certification indicating why the agreement was not fully executed. A response by the debtor, if any, must be filed and served within 7 days of the filed date of the secured creditor's Certification; and

2)        The debtor must, within 30 days of the date of this Order, provide a copy of the finalized loan modification agreement to the U.S. Trustee, and the Trustee, if any; and

3)        If the loan modification results in material changes in the debtor's expenses, the debtor must file amended Schedules I and J within 14 days of the date of this Order; and

4)        If fees and costs related to loss mitigation/loan modification are sought by the debtor's attorney, an Application for Compensation in compliance with D.N.J. LBR 2016-1 must be filed.

❑        The Motion for Authorization to Enter into Final Loan Modification Agreement is denied.

*new.12/17/19*