

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Wells Fargo Bank, N.A., as Trustee for First Franklin Mortgage Loan Trust 2006-FFA*

In re:

Lizette Denise Dothard

Debtors.

Order Filed on September 29, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 25-15958-VFP

Hearing Date: August 21, 2025

Judge Vincent F. Papalia

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: September 29, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor: Lizette Denise Dothard
Case No.: 25-11515-MBK
Caption of Order: **CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN**

**THIS MATTER** having been opened to the Court upon the Objection to Confirmation of Plan ("Objection") filed by NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Creditor"), and whereas the Debtor and Creditor have agreed to enter into a loan modification to address the pre-petition arrearage, and whereas the parties seek to resolve the Objection, it is hereby **ORDERED**:

1. Creditor holds the note and first mortgage on the property located at 46 Maple St., West Orange, New Jersey 07052.

2. Subject to an Order authorizing the parties to enter into a final loan modification agreement, the pre-petition arrearage included on Proof of Claim Number 6-1 will be addressed by the loan modification executed by the Debtor on or about July 2, 2025.

3. This Order resolves the Creditor's Objection to Confirmation of Plan.

**STIPULATED AND AGREED**:

*/s/ Kevin Delyon*  
Kevin Delyon, Esq.  
7 Glenwood Ave  
Suit #408, 4th Floor  
East Orange, NJ 07017  
*Counsel for Debtor*

*/s/Gavin N. Stewart*  
Gavin N. Stewart, Esq.  
Stewart Legal Group, P.L.  
401 East Jackson Street, Suite 2340  
Tampa, FL 33602  
*Counsel for Creditor*