UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

STEVEN P. KELLY, ESQUIRE
Stern & Eisenberg, PC
1120 Route 73, Suite 400
Mount Laurel, NJ 08054
Telephone: (609) 397-9200
FACSIMILE: (856) 667-1456
(COUNSEL FOR SECURED CREDITOR)

Order Filed on October 17, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lizette Denise Dothard

　　　Debtor

Case Number: 25-15958-VFP

Chapter 13

Judge: Vincent F. Papalia

Hearing Date: September 4, 2025 at 10:00 a.m.

**AGREED ORDER RESOLVING CERTIFICATION OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FFF11 IN OPPOSITION TO DEBTOR LIZETTE DENISE DOTHARD'S MOTION TO IMPOSE THE AUTOMATIC STAY**

The relief set forth on the following page, numbered two (2) through three (3), is hereby ORDERED.

**DATED: October 17, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(page 2)
Debtor: Lizette Denise Dothard
Case Number: 25-15958-VFP
CAPTION OF ORDER: AGREED ORDER RESOLVING CERTIFICATION OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF11 IN OPPOSITION TO DEBTOR LIZETTE DENISE DOTHARD'S MOTION TO IMPOSE THE AUTOMATIC STAY

---

Upon the Certification of Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11 (hereinafter, the "*Secured Creditor*") with regard to Real Property located at 25 Maple Street, West Orange, NJ 07052 (hereinafter, the "*Property*"), in Opposition to Debtor Lizette Denise Dothard's Motion to Impose the Automatic Stay, it is hereby **ORDERED** that:

**WHEREAS**, Debtor, Lizette Denise Dothard, (hereinafter, the "*Debtor*") filed a voluntary petition under Chapter 13 of Title 11 (hereinafter, the "*Code*"), on June 4, 2025. (hereinafter, the "*Petition Date*");

**WHEREAS**, on July 11, 2025, Debtor caused to be filed a Motion to Impose the Automatic Stay as to all creditors (hereinafter, the "*Motion*");

**WHEREAS**, Secured Creditor caused to be filed its Proof of Claim (hereinafter, the "*Claim*") evidencing a mortgage lien on the Property in the amount of $439,704.48, as of the Petition Date, consisting of pre-petition arrears in the amount of $91,050.97;

**WHEREAS**, on August 14, 2025, Secured Creditor filed an Opposition to the Motion;

**WHEREAS**, Debtor and the Secured Creditor have discussed Secured Creditor's Opposition and have opted to resolve the Opposition to the Motion,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The parties hereby agree that the automatic stay under Section 362(a) of the Bankruptcy Code is hereby imposed as to the Secured Creditor until further Order of Court; and,

2. Debtor shall make any and all regular monthly mortgage payments due and owing to the Secured Creditor commencing with the July 1, 2025 payment and continuing until further Order of Court; and,

3. The parties hereby agree that Debtor's Plan is hereby amended to treat the Claim of the Secured Creditor under Part 4(a) of the Plan and that the amounts listed in the Claim will govern; and,

4. In the event that Debtor fails to make any regular monthly mortgage payments to the Secured Creditor for more than thirty (30) days, Secured Creditor shall certify said default to the Court with notice to the Debtor, Debtor's Attorney and Chapter 13 Standing Trustee, seeking relief from the Automatic Stay; and,

(page 3)
Debtor: Lizette Denise Dothard
Case Number: 25-15958-VFP
CAPTION OF ORDER: AGREED ORDER RESOLVING CERTIFICATION OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF11 IN OPPOSITION TO DEBTOR LIZETTE DENISE DOTHARD'S MOTION TO IMPOSE THE AUTOMATIC STAY

---

5. The parties hereby agree that Secured Creditor is awarded attorney's fees in the amount of $900.00 for its Opposition and negotiation of a resolution of the Motion; and,

6. The parties hereby agree that the fees awarded in this Motion shall be paid through the Chapter 13 Plan as an administrative claim and the Chapter 13 Standing Trustee is hereby authorized to make distributions from funds received from Debtor; and

7. The Parties agree that this Agreed Order in no way alters, amends or invalidates any applicable bankruptcy or non-bankruptcy law and remedies available to them; and

8. Facsimile signatures shall be as valid as original signatures and this Agreed Order may be signed in counterparts.

The UNDERSIGNED hereby consent to the form, content and entry of the within Agreed Order:

Dated: 09 / 25 /2025                                                  Dated: 9 / 25 /2025

_Steven P. Kelly_                                                       _Herbert B. Raymond_
Steven P. Kelly, Esquire                                               Herbert B. Raymond, Esquire
Stern & Eisenberg, P.C.                                                7 Glenwood Avenue, Suite #408
1120 Route 73, Suite 400                                               4th Floor
Mount Laurel, NJ 08054                                                 East Orange, NJ 07017
*Attorney for Secured Creditor*                                        *Attorney for Debtor*