UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

STEVEN P. KELLY, ESQUIRE
Stern & Eisenberg, PC
1120 Route 73, Suite 400
Mount Laurel, NJ 08054
Telephone: (609) 397-9200
FACSIMILE: (856) 667-1456
(COUNSEL FOR SECURED CREDITOR)

In Re:

Lizette Denise Dothard

　　　　Debtor

Order Filed on October 17, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case Number: 25-15958-VFP

Chapter 13

Judge: Vincent F. Papalia

Hearing Date: September 4, 2025 at 10:00 a.m.

### AGREED ORDER RESOLVING CERTIFICATION OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FFF11 IN OPPOSITION TO DEBTOR LIZETTE DENISE DOTHARD'S MOTION TO IMPOSE THE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) through three (3), is hereby ORDERED.

**DATED: October 17, 2025**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

(page 2)
Debtor: Lizette Denise Dothard
Case Number: 25-15958-VFP
CAPTION OF ORDER: AGREED ORDER RESOLVING CERTIFICATION OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF11 IN OPPOSITION TO DEBTOR LIZETTE DENISE DOTHARD'S MOTION TO IMPOSE THE AUTOMATIC STAY

---

Upon the Certification of Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11 (hereinafter, the "*Secured Creditor*") with regard to Real Property located at 25 Maple Street, West Orange, NJ 07052 (hereinafter, the "*Property*"), in Opposition to Debtor Lizette Denise Dothard's Motion to Impose the Automatic Stay, it is hereby **ORDERED** that:

**WHEREAS**, Debtor, Lizette Denise Dothard, (hereinafter, the "*Debtor*") filed a voluntary petition under Chapter 13 of Title 11 (hereinafter, the "*Code*"), on June 4, 2025. (hereinafter, the "*Petition Date*");

**WHEREAS**, on July 11, 2025, Debtor caused to be filed a Motion to Impose the Automatic Stay as to all creditors (hereinafter, the "*Motion*");

**WHEREAS**, Secured Creditor caused to be filed its Proof of Claim (hereinafter, the "*Claim*") evidencing a mortgage lien on the Property in the amount of $439,704.48, as of the Petition Date, consisting of pre-petition arrears in the amount of $91,050.97;

**WHEREAS**, on August 14, 2025, Secured Creditor filed an Opposition to the Motion;

**WHEREAS**, Debtor and the Secured Creditor have discussed Secured Creditor's Opposition and have opted to resolve the Opposition to the Motion,

### IT IS HEREBY ORDERED AS FOLLOWS:

1. The parties hereby agree that the automatic stay under Section 362(a) of the Bankruptcy Code is hereby imposed as to the Secured Creditor until further Order of Court; and,

2. Debtor shall make any and all regular monthly mortgage payments due and owing to the Secured Creditor commencing with the July 1, 2025 payment and continuing until further Order of Court; and,

3. The parties hereby agree that Debtor's Plan is hereby amended to treat the Claim of the Secured Creditor under Part 4(a) of the Plan and that the amounts listed in the Claim will govern; and,

4. In the event that Debtor fails to make any regular monthly mortgage payments to the Secured Creditor for more than thirty (30) days, Secured Creditor shall certify said default to the Court with notice to the Debtor, Debtor's Attorney and Chapter 13 Standing Trustee, seeking relief from the Automatic Stay; and,

(page 3)
Debtor: Lizette Denise Dothard
Case Number: 25-15958-VFP
CAPTION OF ORDER: AGREED ORDER RESOLVING CERTIFICATION OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF11 IN OPPOSITION TO DEBTOR LIZETTE DENISE DOTHARD'S MOTION TO IMPOSE THE AUTOMATIC STAY

---

5. The parties hereby agree that Secured Creditor is awarded attorney's fees in the amount of $900.00 for its Opposition and negotiation of a resolution of the Motion; and,

6. The parties hereby agree that the fees awarded in this Motion shall be paid through the Chapter 13 Plan as an administrative claim and the Chapter 13 Standing Trustee is hereby authorized to make distributions from funds received from Debtor; and

7. The Parties agree that this Agreed Order in no way alters, amends or invalidates any applicable bankruptcy or non-bankruptcy law and remedies available to them; and

8. Facsimile signatures shall be as valid as original signatures and this Agreed Order may be signed in counterparts.

The UNDERSIGNED hereby consent to the form, content and entry of the within Agreed Order:

Dated: 09 / 25 /2025                    Dated: 9 / 25 /2025

*Steven P. Kelly*                         *Herbert B. Raymond*
Steven P. Kelly, Esquire                  Herbert B. Raymond, Esquire
Stern & Eisenberg, P.C.                   7 Glenwood Avenue, Suite #408
1120 Route 73, Suite 400                  4th Floor
Mount Laurel, NJ 08054                    East Orange, NJ 07017
*Attorney for Secured Creditor*           *Attorney for Debtor*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 25-15958-VFP
Lizette Denise Dothard                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                                      Page 1 of 2
Date Rcvd: Oct 20, 2025        Form ID: pdf903                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2025:**

**Recip ID           Recipient Name and Address**
db              +  Lizette Denise Dothard, 46 Maple Street, 2nd Floor, West Orange, NJ 07052-5916

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2025                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2025 at the address(es) listed below:**

**Name**              **Email Address**
Denise E. Carlon
                      on behalf of Creditor Deutsche Bank National Trust Company as Trustee for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
                      on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bk@stewartlegalgroup.com

Herbert B. Raymond
                      on behalf of Debtor Lizette Denise Dothard herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Marie-Ann Greenberg
                      magecf@magtrustee.com

Steven Eisenberg
                      on behalf of Creditor Deutsche Bank National Trust Company as Trustee for First Franklin Mortgage Loan Trust 2006-FF11,

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 20, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Mortgage Pass-Through Certificates, Series 2006-FF11 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly

on behalf of Creditor Deutsche Bank National Trust Company as Trustee for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11 skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Timothy Maganga Kawira

on behalf of Creditor Bankruptcy Unit new Jersey Division of Taxation timothy.kawira@law.njoag.gov

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8