

**Order Filed on February 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1120 Rt. 73, Suite 400
Mt. Laurel, New Jersey 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: Deutsche Bank National Trust
Company, as Trustee for First Franklin Mortgage
Loan Trust 2006-FF11, Mortgage Pass-Through
Certificates, Series 2006-FF11

In Re:
Lizette Denise Dothard

    Debtor

Case Number: 25-15958-VFP

Judge: Vincent F. Papalia

Hearing Date(s): February 5, 2026

Chapter: 13

| Recommended Local Form | ☐ Followed | ☑ Modified |
|---|---|---|

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: February 13, 2026**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

1

| Applicant: | Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11 |
|---|---|
| Applicant's Counsel: | Steven Kelly |
| Debtor's Counsel: | Herbert B Raymond |
| Property Involved ("Collateral"): | 46 Maple Street, West Orange, NJ 07052 |

Relief sought:

☑ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

☑ The Debtor is overdue for **4 months**, from **10/01/2025** to **01/01/2026**.

☑ The Debtor is overdue for **4 payments** at **$2,919.60** per month.

☐ The Debtor is assessed for ____ late charges at $_____ per month.

☑ Applicant acknowledges Debtor's Suspense Balance in the amount of **$1,709.43**

Total Arrearages Due **$9,968.97**

2. Debtor must cure all post-petition arrearages, as follows:

☑ Immediate payment shall be made in the amount of **$4,000.00**. Payment shall be made no later

than **01/31/2026**.

☑ Beginning on **02/01/2026**, regular monthly mortgage payments shall continue to be made in the amount of **$2,919.60**, or as adjusted by any timely filed Notice of Mortgage Payment Change in accordance with Fed. R. Bankr. P. 3002.1(b).

☑ Beginning on **03/01/2026** additional monthly cure payments shall be made in the amount of **$994.83** for **5** months and in the amount of **$994.82** for **1** month.

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☑ Immediate payment:

**Shellpoint Mortgage Servicing**
**P.O. Box 650840**
**Dallas, TX 75265-0840**

☑ Regular monthly payment:

**Shellpoint Mortgage Servicing**
**P.O. Box 650840**
**Dallas, TX 75265-0840**

☑ Monthly cure payment:

**Shellpoint Mortgage Servicing**
**P.O. Box 650840**
**Dallas, TX 75265-0840**

4. In the event of Default:

☑ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☑ The Applicant is awarded attorneys' fees of $1,350.00, and costs of $199.00.

   The fees and costs are payable:

   ☑ through the Chapter 13 plan.

   ☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

_____
Herbert B Raymond, Esquire
Counsel for Debtor

2/3/26

_____
/s/ Steven Kelly          02/10/2026

Steven Kelly, Esquire
STERN & EISENBERG, PC
Attorney for Movant

*Rev.8/1/15*

4