Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−15958−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lizette Denise Dothard
   46 Maple Street
   2nd Floor
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−0104

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       4/2/26
Time:        02:00 PM
Location:     Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond

COMMISSION OR FEES
$1,250.00

EXPENSES
$0

If this is a chapter 13 case, the fees and expenses awarded:

   ☐     will not reduce the amount to be paid to general unsecured
          creditors under the plan.

   ☐     will reduce the amount to be paid to general unsecured
          creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 9, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 25-15958-VFP

Lizette Denise Dothard                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 09, 2026 | Form ID: 137 | Total Noticed: 58 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lizette Denise Dothard, 46 Maple Street, 2nd Floor, West Orange, NJ 07052-5916 |
| cr | | Bankruptcy Unit new Jersey Division of Taxation, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| cr | + | Deutsche Bank National Trust Company, as Trustee f, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520758308 | + | FlexPay, 1602 Tullamore Ave, Bloomington, IL 61704-9624 |
| 520758307 | + | FlexPay, Attn: Bankruptcy Department, PO Box 965065, Orlando, FL 32896-5065 |
| 520758314 | + | Liberty Savings FCU, 660 Newark Ave, Jersey, NJ 07306-2379 |
| 520761824 | + | STEWARDS (C/O Westlake Portfolio Management (WPM), 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |
| 520758321 | + | Shamika Mintz, 420 Wilden Place, South Orange, NJ 07079-2539 |
| 520758326 | | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 60535, Greenville, SC 29603 |
| 520758335 | + | Van Thomas, 46 Maple Street, West Orange, NJ 07052-5916 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Mar 09 2026 20:52:00 | Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 09 2026 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 09 2026 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 09 2026 20:50:35 | AIS Portfolio Services, LLC, Attn: BMW Financial Services NA, LLC Dep, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK O 73118-7901 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Mar 09 2026 20:51:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 520758296 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 09 2026 21:01:12 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520758297 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 09 2026 21:01:12 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520758298 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 09 2026 20:51:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, IL 55438-0901 |
| 520758299 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 09 2026 20:51:00 | Ally Financial, Inc, PO Box 380901, Bloomington, MN 55438-0901 |
| 520758300 | + | Email/PDF: bncnotices@becket-lee.com | Mar 09 2026 20:50:35 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520758301 | + | Email/PDF: bncnotices@becket-lee.com | Mar 09 2026 20:50:50 | Amex, PO Box 981537, El Paso, TX 79998-1537 |

District/off: 0312-2                          User: admin                                    Page 2 of 4

Date Rcvd: Mar 09, 2026                       Form ID: 137                                   Total Noticed: 58

| 520758302 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 09 2026 21:01:12 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Road, Plano, TX 75024-2302 |
| 520758303 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 09 2026 21:01:12 | Capital One Auto Finance, 3901 Dallas Parkway, Plano, TX 75093-7864 |
| 520683315 | + Email/PDF: acg.acg.ebn@aisinfo.com | Mar 09 2026 20:51:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520773084 | + Email/PDF: acg.acg.ebn@aisinfo.com | Mar 09 2026 20:50:33 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520758304 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 09 2026 21:01:22 | Citibank Customer Service/Home Depot, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520758306 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 09 2026 21:01:23 | Citibank/The Home Depot, Citicorp Credit Services/Centralized BK, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520758305 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 09 2026 21:01:13 | Citibank/The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520778308 | Email/Text: mtgbk@shellpointmtg.com | Mar 09 2026 20:51:00 | Deutsche Bank National Trust Company, c/o NewRez LLC d/b/a, P.O. Box 10826, Greenville SC 29603-0826 |
| 520758309 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 09 2026 20:50:21 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520758310 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 09 2026 20:50:20 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 520758312 | Email/Text: krivera@leadersfc.com | Mar 09 2026 20:51:00 | Leaders Financial Company, 21 Commerce Dr Fl 1, Cranford, NJ 07016 |
| 520758311 | Email/Text: krivera@leadersfc.com | Mar 09 2026 20:51:00 | Leaders Financial Company, Attn: Bankruptcy, 21 Commerce Dr, Suite 101, Cranford, NJ 07016 |
| 520683517 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 09 2026 20:51:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520758313 | ^ MEBN | Mar 09 2026 20:47:56 | Liberty Savings FCU, Attn: Bankruptcy, 666 Newark Ave, Jersey City, NJ 07306-2398 |
| 520758315 | + Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 09 2026 20:51:00 | New Jersey Dept. of Treasury, 125 W State Street, Trenton, NJ 08608-1101 |
| 520758318 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 09 2026 20:50:37 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Ref # DC-033230-24), Norfolk, VA 23502 |
| 520758317 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 09 2026 20:50:36 | Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520758319 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 09 2026 20:50:50 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520758316 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 09 2026 20:51:00 | New Jersey Division of Taxation, Compliance and Enforcement - Bank. Unit, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08695-0267 |
| 520766648 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 09 2026 20:51:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 520758320 | ^ MEBN | Mar 09 2026 20:47:58 | Selip & Stylianou, LLC, 10 Forest Avenue, Suite 300, Ref # DC-005241-25), Paramus, NJ 07652-5238 |
| 520758323 | + Email/Text: mtgbk@shellpointmtg.com | Mar 09 2026 20:51:00 | Shellpoint Mortgage, 55 Beattie Place, Greenville, SC 29601-2165 |
| 520678230 | ^ MEBN | Mar 09 2026 20:48:06 | Shellpoint Mortgage Servicing, PO Box 60535, City of Industry, CA 91716-0535 |

District/off: 0312-2                           User: admin                                Page 3 of 4

Date Rcvd: Mar 09, 2026                         Form ID: 137                              Total Noticed: 58

| | | | | |
|---|---|---|---|---|
| 520758327 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 09 2026 20:50:11 | Synchrony Bank/6th Ave, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520758328 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 09 2026 20:50:16 | Synchrony Bank/6th Ave, C/o PO Box 965036, Orlando, FL 32896-0001 |
| 520758329 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 09 2026 20:50:11 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520758330 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 09 2026 20:50:58 | Synchrony Bank/Gap, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520758332 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 09 2026 20:50:58 | Synchrony Bank/HH Gregg, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520758331 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 09 2026 20:50:11 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520758333 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 09 2026 20:50:11 | Synchrony Bank/Home Design CC, Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 520758334 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 09 2026 20:50:11 | Synchrony Bank/Home Design CC, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520765110 | + Email/PDF: ebn_ais@aisinfo.com | Mar 09 2026 20:50:50 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520775257 | Email/Text: mtgbk@shellpointmtg.com | Mar 09 2026 20:51:00 | Wells Fargo Bank, N.A. Trustee (See 410), c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 520758336 | + Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Mar 09 2026 20:50:59 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, PO Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 520758337 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Mar 09 2026 20:50:32 | Wells Fargo Jewelry Advantage, PO Box 393, Minneapolis, MN 55480-0393 |
| 520758339 | ^ MEBN | Mar 09 2026 20:46:30 | Westlake Portfolio Management, LLC, 4751 Wilshire Blvd, Los Angeles, CA 90010-3827 |
| 520758338 | ^ MEBN | Mar 09 2026 20:46:34 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520758322 | *+ | Shamika Mintz, 420 Wilden Place, South Orange, NJ 07079-2539 |
| 520758324 | *+ | Shellpoint Mortgage, 55 Beattie Place, Greenville, SC 29601-2165 |
| 520758325 | * | Shellpoint Mortgage Servicing, PO Box 60535, City of Industry, CA 91716-0535 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0312-2                          User: admin                          Page 4 of 4

Date Rcvd: Mar 09, 2026                  Form ID: 137                     Total Noticed: 58

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2026                                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bk@stewartlegalgroup.com |
| Herbert B. Raymond | on behalf of Debtor Lizette Denise Dothard herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Steven Eisenberg | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11 skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Timothy Maganga Kawira | on behalf of Creditor Bankruptcy Unit new Jersey Division of Taxation timothy.kawira@law.njoag.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8