**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711
Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond; Kevin de
Lyon
Attorneys for the Debtor(s)

**Order Filed on April 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.:    25-15958 (VFP)

Adv. No.:

Hearing Date:

LIZETTE DOTHARD,  DEBTOR(S)

Judge: Vincent Papalia

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: April 9, 2026**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtor: Lizette Dothard,  Debtor(s)

Case no.  25-15958 (VFP)

Caption of order: Order Granting Supplemental Counsel Fees
_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,250.00** for services rendered and expenses in the amount **$0.00**  for a total of **$1,250.00.**  The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

_____   outside the plan.

PLAN PAYMENTS SHALL BE MODIFIED TO REQUIRE PAYMENT AS FOLLOWS:

**$500 per month for twelve (12) months**

**$2,196 per month for forty-eight (48) months starting July 2026**

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed on a pro rata basis for payment of allowed administrative expenses under 11 U.S.C. 503(b) before a refund is issued to the debtor. If the applicant is the only individual/entity with allowable administrative expenses, then any funds on hand with the Chapter 13 Trustee shall be disbursed in payment of applicant's allowed administrative expenses before a refund is issued to the debtor.

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 25-15958-VFP

Lizette Denise Dothard                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 10, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2026:**

**Recip ID            Recipient Name and Address**
db                        + Lizette Denise Dothard, 46 Maple Street, 2nd Floor, West Orange, NJ 07052-5916

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2026 at the address(es) listed below:

**Name                        Email Address**

Gavin Stewart
        on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bk@stewartlegalgroup.com

Herbert B. Raymond
        on behalf of Debtor Lizette Denise Dothard herbertraymond@gmail.com
        raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Marie-Ann Greenberg
        magecf@magtrustee.com

Matthew K. Fissel
        on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Steven Eisenberg
        on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11 bkecf@sterneisenberg.com,

District/off: 0312-2                          User: admin                                      Page 2 of 2

Date Rcvd: Apr 10, 2026                       Form ID: pdf903                              Total Noticed: 1

jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for First Franklin Mortgage Loan Trust 2006-FF11,
Mortgage Pass-Through Certificates, Series 2006-FF11 skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Timothy Maganga Kawira

on behalf of Creditor Bankruptcy Unit new Jersey Division of Taxation timothy.kawira@law.njoag.gov

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8