Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−15958−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Lizette Denise Dothard
    46 Maple Street
    2nd Floor
    West Orange, NJ 07052

Social Security No.:
    xxx−xx−0104

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/18/26 at 10:00 AM

to consider and act upon the following:

**74** – Creditor's Certification of Default (related document:63 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Steven P. Kelly on behalf of Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006−FF11, Mortgage Pass−Through Certificates, Series 2006−FF11. Objection deadline is 05/14/2026. (Attachments: # 1 Exhibit # 2 Certification # 3 Proposed Order # 4 Certificate of Service) (Kelly, Steven)

**78** – Certification in Opposition to (related document:74 Creditor's Certification of Default (related document:63 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Steven P. Kelly on behalf of Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006−FF11, Mortgage Pass−Through Certificates, Series 2006−FF11. Objection deadline is 05/14/2026. (Attachments: # 1 Exhibit # 2 Certification # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006−FF11, Mortgage Pass−Through Certificates, Series 2006−FF11) filed by Herbert B. Raymond on behalf of Lizette Denise Dothard. (Raymond, Herbert)

Dated: 5/18/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court