Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 25−15958−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lizette Denise Dothard
46 Maple Street
2nd Floor
West Orange, NJ 07052

Social Security No.:
xxx−xx−0104

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/13/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 14, 2026
JAN: gml

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-15958-VFP
Lizette Denise Dothard Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 4
Date Rcvd: Aug 14, 2026 Form ID: 148 Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lizette Denise Dothard, 46 Maple Street, 2nd Floor, West Orange, NJ 07052-5916 |
| cr | | Bankruptcy Unit new Jersey Division of Taxation, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| cr | + | Deutsche Bank National Trust Company, as Trustee f, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520758308 | + | FlexPay, 1602 Tullamore Ave, Bloomington, IL 61704-9624 |
| 520758307 | + | FlexPay, Attn: Bankruptcy Department, PO Box 965065, Orlando, FL 32896-5065 |
| 520758314 | + | Liberty Savings FCU, 660 Newark Ave, Jersey, NJ 07306-2379 |
| 520761824 | + | STEWARDS (C/O Westlake Portfolio Management (WPM), 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |
| 520758321 | + | Shamika Mintz, 420 Wilden Place, South Orange, NJ 07079-2539 |
| 520758326 | | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 60535, Greenville, SC 29603 |
| 520758335 | + | Van Thomas, 46 Maple Street, West Orange, NJ 07052-5916 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Aug 14 2026 21:18:00 | Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 14 2026 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 14 2026 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Aug 15 2026 00:43:00 | AIS Portfolio Services, LLC, Attn: BMW Financial Services NA, LLC Dep, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK O 73118-7901 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Aug 14 2026 21:18:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 520758296 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 14 2026 21:30:55 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520758297 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 14 2026 21:30:40 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520758298 | + | EDI: GMACFS.COM | Aug 15 2026 00:43:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, IL 55438-0901 |
| 520758299 | + | EDI: GMACFS.COM | Aug 15 2026 00:43:00 | Ally Financial, Inc, PO Box 380901, Bloomington, MN 55438-0901 |
| 520758300 | + | Email/PDF: bncnotices@becket-lee.com | Aug 14 2026 21:30:36 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520758301 | + | Email/PDF: bncnotices@becket-lee.com | Aug 14 2026 21:31:04 | Amex, PO Box 981537, El Paso, TX 79998-1537 |

| | | | | |
|---|---|---|---|---|
| 520758302 | + | EDI: CAPONEAUTO.COM | Aug 15 2026 00:43:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Road, Plano, TX 75024-2302 |
| 520758303 | + | EDI: CAPONEAUTO.COM | Aug 15 2026 00:43:00 | Capital One Auto Finance, 3901 Dallas Parkway, Plano, TX 75093-7864 |
| 520683315 | + | EDI: AISACG.COM | Aug 15 2026 00:43:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520773084 | + | EDI: AISACG.COM | Aug 15 2026 00:43:00 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520758304 | + | EDI: CITICORP | Aug 15 2026 00:43:00 | Citibank Customer Service/Home Depot, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520758306 | + | EDI: CITICORP | Aug 15 2026 00:43:00 | Citibank/The Home Depot, Citicorp Credit Services/Centralized BK, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520758305 | + | EDI: CITICORP | Aug 15 2026 00:43:00 | Citibank/The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520778308 | | Email/Text: mtgbk@shellpointmtg.com | Aug 14 2026 21:18:00 | Deutsche Bank National Trust Company, c/o NewRez LLC d/b/a, P.O. Box 10826, Greenville SC 29603-0826 |
| 520758309 | + | EDI: CAPITALONE.COM | Aug 15 2026 00:43:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520758310 | + | EDI: CAPITALONE.COM | Aug 15 2026 00:43:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 520758312 | | Email/Text: krivera@leadersfc.com | Aug 14 2026 21:17:00 | Leaders Financial Company, 21 Commerce Dr Fl 1, Cranford, NJ 07016 |
| 520758311 | | Email/Text: krivera@leadersfc.com | Aug 14 2026 21:17:00 | Leaders Financial Company, Attn: Bankruptcy, 21 Commerce Dr, Suite 101, Cranford, NJ 07016 |
| 520683517 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2026 21:30:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520758313 | ^ | MEBN | Aug 14 2026 21:16:35 | Liberty Savings FCU, Attn: Bankruptcy, 666 Newark Ave, Jersey City, NJ 07306-2398 |
| 520758315 | + | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 14 2026 21:18:00 | New Jersey Dept. of Treasury, 125 W State Street, Trenton, NJ 08608-1101 |
| 520758318 | | EDI: PRA.COM | Aug 15 2026 00:43:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Ref # DC-033230-24), Norfolk, VA 23502 |
| 520758317 | | EDI: PRA.COM | Aug 15 2026 00:43:00 | Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520758319 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2026 21:30:41 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520758316 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 14 2026 21:18:00 | New Jersey Division of Taxation, Compliance and Enforcement - Bank. Unit, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08695-0267 |
| 520766648 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 14 2026 21:18:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 520758320 | ^ | MEBN | Aug 14 2026 21:16:50 | Selip & Stylianou, LLC, 10 Forest Avenue, Suite 300, Ref # DC-005241-25), Paramus, NJ 07652-5238 |
| 520758323 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 14 2026 21:18:00 | Shellpoint Mortgage, 55 Beattie Place, Greenville, SC 29601-2165 |
| 520678230 | ^ | MEBN | Aug 14 2026 21:16:59 | Shellpoint Mortgage Servicing, PO Box 60535, City of Industry, CA 91716-0535 |

| | | | | |
|---|---|---|---|---|
| 520758327 | + | EDI: SYNC | Aug 15 2026 00:43:00 | Synchrony Bank/6th Ave, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520758328 | + | EDI: SYNC | Aug 15 2026 00:43:00 | Synchrony Bank/6th Ave, C/o PO Box 965036, Orlando, FL 32896-0001 |
| 520758329 | + | EDI: SYNC | Aug 15 2026 00:43:00 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520758330 | + | EDI: SYNC | Aug 15 2026 00:43:00 | Synchrony Bank/Gap, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520758332 | + | EDI: SYNC | Aug 15 2026 00:43:00 | Synchrony Bank/HH Gregg, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520758331 | + | EDI: SYNC | Aug 15 2026 00:43:00 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520758333 | + | EDI: SYNC | Aug 15 2026 00:43:00 | Synchrony Bank/Home Design CC, Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 520758334 | + | EDI: SYNC | Aug 15 2026 00:43:00 | Synchrony Bank/Home Design CC, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520765110 | + | EDI: AIS.COM | Aug 15 2026 00:43:00 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520775257 | | Email/Text: mtgbk@shellpointmtg.com | Aug 14 2026 21:18:00 | Wells Fargo Bank, N.A. Trustee (See 410), c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 520758336 | + | EDI: WFCCSBK | Aug 15 2026 00:43:00 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, PO Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 520758337 | + | EDI: WFFC2 | Aug 15 2026 00:43:00 | Wells Fargo Jewelry Advantage, PO Box 393, Minneapolis, MN 55480-0393 |
| 520758339 | ^ | MEBN | Aug 14 2026 21:16:05 | Westlake Portfolio Management, LLC, 4751 Wilshire Blvd, Los Angeles, CA 90010-3827 |
| 520758338 | ^ | MEBN | Aug 14 2026 21:14:24 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520758322 | *+ | Shamika Mintz, 420 Wilden Place, South Orange, NJ 07079-2539 |
| 520758324 | *+ | Shellpoint Mortgage, 55 Beattie Place, Greenville, SC 29601-2165 |
| 520758325 | * | Shellpoint Mortgage Servicing, PO Box 60535, City of Industry, CA 91716-0535 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gavin Stewart | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bk@stewartlegalgroup.com |
| Herbert B. Raymond | on behalf of Debtor Lizette Denise Dothard herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Steven Eisenberg | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11 skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Timothy Maganga Kawira | on behalf of Creditor Bankruptcy Unit new Jersey Division of Taxation timothy.kawira@law.njoag.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8